UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEON WATTS,<br><br>Petitioner,<br><br>v.<br><br>GEORGE JAIME, Warden<br><br>Respondent. | NO. CV 19-7415-MCS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, the records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

Petitioner states that the Report misconstrues Ground One of the First Amended Petition. (Obj. at 2.) In his objections, Petitioner appears to contend that his plea was obtained by coercion based on the effect of a prior conviction or convictions that he disputes. (*Id.* at 2-8.)

Petitioner does not identify where, in the operative First Amended Petition, he asserts the ground for relief described in his objections. The Court construes

the objections as a motion for leave to file a Second Amended Petition containing a single ground for relief described by Petitioner in the Objections. Petitioner does not attach a proposed Second Amended Petition.

The Court accepts the findings and recommendation of the Report as to the existing grounds for relief in the First Amended Petition.

IT THEREFORE IS ORDERED as follows:

(1) Petitioner's unopposed motion to file his points and authorities, Dkt. No. 36, is GRANTED;

(2) Petitioner's motion to strike Ground Two, Dkt. No. 42, is GRANTED;

(3) Respondent's motion to dismiss Ground Two, Dkt. No. 29, is DENIED AS MOOT;

(4) Petitioner's motion to strike Respondent's reply brief, Dkt. No. 37, is DENIED;

(5) Petitioner's motion to transfer to federal custody, Dkt. No. 53, is DENIED; and

(6) Petitioner's motion for leave to file a Second Amended Petition for Writ of Habeas Corpus is referred back to the magistrate judge. This Court expresses no view as to the merits of the motion at this time.

DATED: January 21, 2021

_____
MARK C. SCARSI
United States District Judge