UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEON WATTS,<br><br>  Petitioner,<br><br>  v.<br><br>GEORGE JAIME, Warden<br><br>  Respondent. | NO. CV 19-7415-MCS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition for Writ of Habeas Corpus, the records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), and the Objections.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

IT IS ORDERED that Petitioner's motion for leave to file the proposed Second Amended Petition for Writ of Habeas Corpus is denied as futile, and that this action is dismissed with prejudice.[1]

DATED: November 5, 2021

MARK C. SCARSI
United States District Judge

---

[1] All other grounds for relief have previously been adjudicated (Ground One) or dismissed at Petitioner's request (Ground Two).  (Dkt. Nos. 70, 74.)