UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEON WATTS, <br><br> Petitioner, <br><br> v. <br><br> GEORGE JAIME, Warden, <br><br> Respondent. | NO. CV 19-7415-MCS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Petitioner's new claim in the proposed Second Amended Petition is barred by the statute of limitations and is not colorable. Petitioner's motion for leave to file the proposed Second Amended Petition for Writ of Habeas Corpus is denied as futile, and this action is dismissed with prejudice.

DATED: Novembe 5, 2021

_____
MARK C. SCARSI
United States District Judge